**Fill in this information to identify the case:**

Debtor name  Horsey Denison Landscaping LLC

United States Bankruptcy Court for the: _____  District of  MD
(State)

Case number (If known):  25-14103-LSS

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

## Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................  $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................  $ Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................  $ Unknown

## Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................  $ 15,148,809.31

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................  $ 31,526.83

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................  + $ 7,539,193.52

4. **Total liabilities**...............................................................................................  $ 22,719,529.66
   Lines 2 + 3a + 3b

| Fill in this information to identify the case: |
|---|

Debtor name   **Horsey Denison Landscaping LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **25-14103-LSS**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.   **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:           % of ownership

15.1.   **Denison Farms, LLC**       **100%** %       **Unknown**

Debtor   **Horsey Denison Landscaping LLC**
_____    Case number *(If known)*  **25-14103-LSS**
Name

| 15.2. | **Denison Landscaping, Inc.** | **100%** | % | | Unknown |

| 15.3. | **Denison Landscaping & Nursery, Inc.** | **100%** | % | | Unknown |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.    **Total of Part 4.**
Add lines 14 through 16.  Copy the total to line 83.                                      Unknown

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

Debtor   **Horsey Denison Landscaping LLC**                     Case number *(If known)*  **25-14103-LSS**
         Name

55.1.   **Leased property (see attached)**                          **Unknown**                          **Unknown**

---

56.   **Total of Part 9.**                                                                    | **Unknown** |
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☑ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☑ No              The Debtor believes that the lender(s) may have obtained an appraisal
      ☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☑ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)
      **Tax returns pending completion, which may generate NOLs**                Tax year  **2024**          **Unknown**

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**
      **Potential causes of action and counterclaims against Donna Denison and Bull Run Family LLC**                **Unknown**
      Nature of claim
      Amount requested                        **Unknown**

      **Potential causes of action and counterclaims against Maryland Sod**                **Unknown**
      Nature of claim
      Amount requested                        **Unknown**

75.   **Other contingent and unliquidated claims or causes of action of**

Debtor    **Horsey Denison Landscaping LLC**                                    Case number *(If known)*  **25-14103-LSS**
_____
          Name

**every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| **Unknown** |
| --- |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

Debtor   **Horsey Denison Landscaping LLC**          Case number *(If known)*  **25-14103-LSS**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Unknown | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | Unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00   + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | Unknown |

**Horsey Denison Landscaping, LLC**
**Case # 25-14103-LSS**
**Schedule A/B**
**Part 9 - Real Property**

| | Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 1 | 8911 Oxon Hill Rd, Fort Washington, MD 20744 - 2,784 SF commercial office on 36,063 SF land, Tax ID: 1355916 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. | n/a | n/a | n/a |
| 2 | 8833 Oxon Hill Rd, Fort Washington, MD 20744 - 6.4 acres, Tax ID: 1207943 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. | n/a | n/a | n/a |
| 3 | Oxon Hill Rd, Fort Washington, MD 20744 - 31,537SF, Tax ID: 1262674 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. | n/a | n/a | n/a |
| 4 | Oxon Hill Rd, Fort Washington, MD 20744 - 3.44 acres, Tax ID: 1253541 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. | n/a | n/a | n/a |
| 5 | Oak Lane, Fort Washington, MD 20744 -Tax ID: 1196930 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. | n/a | n/a | n/a |
| 6 | 124 Pates Dr,  Fort Washington, MD 20744 - 40971 SF, Tax ID: 1231224 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. | n/a | n/a | n/a |
| 7 | 14913 Gardner Rd, Waldorf, MD 20601 - 132.05 acres, Tax ID: 0368399 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 8 | 3539 Accokeek Rd, Waldorf, MD 20601 - 123.55 acres, Tax ID: 0308007, 0308015 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 9 | 2701 Accokeek Rd, Waldorf, MD 20601 - 1.0 acre,Tax ID: 0410464 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 10 | 2707 Accokeek Rd, Waldorf, MD 20601 - 2.06 acres, Tax ID: 0365072 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 11 | Accokeek Rd, Waldorf, MD 20601 - 1.94 acres, Tax ID: 0323618 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 12 | 2807 Accokeek Rd, Waldorf, MD 20601 - 98.39 acres, Tax ID: 0413203, 0413211 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 13 | 3009 Accokeek Rd, Waldorf, MD 20601 - 123.74 acres, Tax ID: 0315333 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 14 | 1511 Accokeek Rd, Waldorf, MD 20601 - 9.64 acres, Tax ID: 0384495, 0384503 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 15 | 1711 Accokeek Rd, Waldorf, MD 20601 - 139.28 acres, Tax ID: 0323626 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 16 | Briarwood Lagoon, 32.1872 acres, Charles County, Tax ID: 06040802 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. & Denison Farms, LLC | n/a | n/a | n/a |
| 17 | 6200 Olivant Street, Pittsburgh, PA - Industrial, 4.89 acres, Tax ID: 1120124C00125 | Leased by Horsey Denison Landscaping, LLC from Donna Denison. Subleased to Denison Landscaping, Inc. | n/a | n/a | n/a |

**Note:**
Real estate appraisals for the Debtor's real estate listed in Part 9 may have been performed for secured lenders, but the Debtor does not have copies of any real estate appraisals of any of the property listed in Part 9 issued within the last year.

**Fill in this information to identify the case:**

Debtor name __Horsey Denison Landscaping LLC__

United States Bankruptcy Court for the: _____ District of __Maryland__
(State)

Case number (If known): __25-14103-LSS__

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
   __See attached__

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

Describe debtor's property that is subject to a lien

_____

_____        $_____    $_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

_____

Creditor's mailing address

_____

_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

_____        $_____    $_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $_____

Horsey Denison Landscaping, LLC
Case # 25-14103-LSS
Schedule D
Part 1: Creditors Who Have Secured Claims

| Line | Creditor's name | Creditor's mailing address | Date debt was incurred | Last 4 digits of account number | Do multiple creditors have an interest in the same property? | The claim is: (C) - Contingent (U) - Unliquidated (D) - Disputed | Debtor's property that is subject to a lien | Describe the lien | Is the creditor an insider or related party? | Amount of claim | Value of collateral that supports this claim |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.1 | BMO Bank N.A. (formerly Bank of the West) | 1625 W. Fountainhead Pkwy, 10th Floor Tempe, AZ 85282 | 12/29/2021 | | Yes - FNB and Donna Denison | C, U, D | 2019 FINN T90T Hydroseeder S/N: MBA~3870 | UCC 1 (211230-0854000) | No | $ 20,153.55 | $ 28,000.00 |
| 2.2 | Donna Dennison | 9530 Covenant Court Owings, MD 20736 | 10/21/2021 | | Yes - FNB has priority over Donna Denison. | C, U, D | Substantially all assets. | UCC-1 (211026-1053000) | No | $ 6,879,298.16 | TBD |
| 2.3 | First National Bank of Pennsylvania | Attn: Legal Department 3015 Glimcher Boulevard Hermitage, PA 16148 | 10/21/2021 | 6900 | Yes - FNB has priority over Donna Denison. | | Substantially all assets. | Equipment loan. | No | $ 3,418,111.01 | TBD |
| 2.4 | First National Bank of Pennsylvania | Attn: Legal Department 3015 Glimcher Boulevard Hermitage, PA 16148 | 10/22/2021 | 6778 | Yes - FNB has priority over Donna Denison. | | Substantially all assets. | UCC-1 (211022-1134000) | No | $ 4,781,996.99 | TBD |
| 2.5 | Great Midwest Insurance Company | 800 Gessner, Ste. 600 Houston, TX 77024 | | | Yes - FNB and Donna Denison | C, U | Cash arising out of bonded contracts, which are trust funds that must be utilized to pay debts owed by Debtors to subcontractors, suppliers, and certain other vendors, which provided labor, materials, equipment and/or work to the bonded jobs. See Schedule H for a list of bonded jobs. | Surety bonds. | No | TBD | TBD |
| 2.6 | Lexington National Insurance Corporation | 11426 York Road, 2nd Floor Cockeysville, Maryland 21030 | | | Yes - FNB and Donna Denison | C, U | Cash arising out of bonded contracts, which are trust funds that must be utilized to pay debts owed by Debtors to subcontractors, suppliers, and certain other vendors, which provided labor, materials, equipment and/or work to the bonded jobs. See Schedule H for a list of bonded jobs. | Surety bonds. | No | TBD | TBD |
| 2.7 | Lincoln Automotive Financial Services (Ford Motor Credit Co) | c/o AIS Portfolio Services, LLC 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 | 10/4/2022 | 7021 | Yes - FNB and Donna Denison | D | 2020 Ford F-150 VIN: 1FTEW1E58LFA95651 | Lien on motor vehicle title. | No | $ 24,768.86 | $ 20,000.00 |
| 2.8 | Lincoln Automotive Financial Services (Ford Motor Credit Co) | c/o AIS Portfolio Services, LLC 4515 N. Santa Fe Ave. Dept. APS Oklahoma City, OK 73118 | 10/4/2022 | 6966 | Yes - FNB and Donna Denison | D | 2020 Ford F-150 VIN:1FTEW1E57LFA27714 | Lien on motor vehicle title. | No | $ 24,480.74 | $ 20,000.00 |
| Total | | | | | | | | | | $ 15,148,809.31 | |

**Horsey Denison Landscaping, LLC**
**Case # 25-14103-LSS**
**Schedule D**
**Part 2: List Others to Be Notifed for a Debt Already Listed in Part 1**

| Name | Address | Line |
|------|---------|------|
| Benjamin J. Campbell, Esquire | Conti Fenn & Lawrence LLC 36 South Charles Street, Suite 2501 Baltimore, MD 21201 | 2.2 |
| David V. Fontana, Esquire | Gebhardt & Smith LLP One South Street, Suite 2200 Baltimore, MD 21202 | 2.3 / 2.4 |
| Keith M. Lusby, Esquire | Gebhardt & Smith LLP One South Street, Suite 2200 Baltimore, MD 21202 | 2.3 / 2.4 |
| Paul A. Fenn, Esquire | Conti Fenn & Lawrence LLC 36 South Charles Street, Suite 2501 Baltimore, MD 21201 | 2.2 |

**Notes:**
To the extent that a creditor has filed multiple claims and/or incorrectly asserted a claim(s) against an improper debtor or affiliate, the debtor reserves the right to object and reconcile claims to the proper entity.

**Fill in this information to identify the case:**

Debtor    **Horsey Denison Landscaping LLC**

United States Bankruptcy Court for the: _____ District of **Maryland**
(State)

Case number   **25-14103-LSS**
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

**2.1** Priority creditor's name and mailing address
   **See attached**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

Total claim $_____   Priority amount $_____

**2.2** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

**2.3** Priority creditor's name and mailing address

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$_____   $_____

**Horsey Denison Landscaping, LLC**
**Case # 25-14103-LSS**
**Schedules E/F**
**Part 1: Priority unsecured creditors**

| Line | Creditor's name | Creditor's mailing address | Date debt was incurred | Last 4 digits of account number | The claim is: (C) - Contingent (U) - Unliquidated (D) - Disputed | Basis for the claim | Is the claim subject to offset? | Amount of claim | Priority amount | 11 U.S.C. Subsection |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | PO BOX 2156 RICHMOND, VA 23218 | | n/a | C, U, D | Taxes | No | $ 43,404.43 | $ 31,526.83 | § 507(a)(5) |
| **Total** | | | | | | | | **$ 43,404.43** | **$ 31,526.83** | |

Notes:
To the extent that a creditor has filed multiple claims and/or incorrectly asserted a claim(s) against an improper debtor or affiliate, the debtor reserves the right to object and reconcile claims to the proper entity.

Debtor    **Horsey Denison Landscaping LLC**
_____
    Name

Case number *(if known)* ___**25-14103-LSS**___

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|--|

**3.1**  **Nonpriority creditor's name and mailing address**

    ___See attached_____

    _____

    _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.2**  **Nonpriority creditor's name and mailing address**

    _____

    _____

    _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.3**  **Nonpriority creditor's name and mailing address**

    _____

    _____

    _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.4**  **Nonpriority creditor's name and mailing address**

    _____

    _____

    _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.5**  **Nonpriority creditor's name and mailing address**

    _____

    _____

    _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.6**  **Nonpriority creditor's name and mailing address**

    _____

    _____

    _____

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**Horsey Denison Landscaping, LLC**
**Case # 25-14103-LSS**
**Schedules E/F**
**Part 2: Nonpriority unsecured creditors**

| Line | Creditor's name | Creditor's mailing address | Date debt was incurred | Last 4 digits of account number | The claim is: (C) - Contingent (U) - Unliquidated (D) - Disputed | Basis for the claim | Is the claim subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|---|
| 1 | BDO USA, P.C. | ATTN: JARED SCHIERBAUM 4250 LANCASTER PIKE, SUITE 120 WILMINGTON, DE 19805 | 8/28/2023 | 4850 | C, U, D | professional services | No | $ 166,093.04 |
| 2 | CENTRAL IRRIGATION SUPPLY INC. | CHARLES J. BROWN, III 1201 N. ORANGE ST., SUITE 300 WILMINGTON, DE 19801 | 4/15/2025 | n/a | C, U, D | Per judgement | No | $ 1,304,906.51 |
| 3 | COMMONWEALTH OF VIRGINIA DEPARTMENT OF TAXATION | PO BOX 2156 RICHMOND, VA 23218 | | n/a | C, U, D | Nonpriority portion per filed proof of claim | No | $ 11,877.60 |
| 4 | DONNA DENISON | 9530 COVENANT COURT OWINGS, MD 20736 | 10/21/2021 | n/a | C, U, D | Case 1:24-cv-01484-JRR - cash on hand | No | $ 874,119.00 |
| 5 | DONNA DENISON | 9530 COVENANT COURT OWINGS, MD 20736 | 10/21/2021 | n/a | C, U, D | Case 1:24-cv-01484-JRR - working capital adjustment | No | $ 2,398,854.13 |
| 6 | FITZGERALD NURSERY INC. | 3890 SIMPSON CREEK AVENUE MORGANTON, NC 28655 | 3/31/2023 - 5/1/2024 | n/a | C, U, D | Goods sold - trees | No | $ 13,583.95 |
| 7 | HERC RENTALS INC. | C/O MARK A KIRKORSKY PC PO BOX 25287 TEMPE, AZ 85285 | 4/30/2025 | 2506 | C, U, D | Goods/services | No | $ 9,152.43 |
| 8 | IMPERIAL INDUSTRIAL PARK, LLC | C/O WELTMAN, WEINBERG & REIS CO. LPA 5990 WEST CREEK ROAD, SUITE 200 INDEPENDENCE, OH 44131 | 6/1/2024 - 5/1/2025 | 4103 | C, U, D | Lease | No | $ 469,921.21 |
| 9 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 7/13/2021 | 7576 | C, U, D | True lease - 2020 F250 VIN x9896 | No | $ 29,775.32 |

**Horsey Denison Landscaping, LLC**
**Case # 25-14103-LSS**
**Schedules E/F**
**Part 2: Nonpriority unsecured creditors**

| Line | Creditor's name | Creditor's mailing address | Date debt was incurred | Last 4 digits of account number | The claim is: (C) - Contingent (U) - Unliquidated (D) - Disputed | Basis for the claim | Is the claim subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|---|
| 10 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 5/4/2021 | 0591 | C, U, D | True lease - 2021 F650 VIN x7353 | No | $    48,971.38 |
| 11 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 5/4/2021 | 0732 | C, U, D | True lease - 2021 F550 VIN x9270 | No | $    36,812.94 |
| 12 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 7/12/2021 | 8515 | C, U, D | True lease - 2021 F550 VIN x1804 | No | $    52,349.69 |
| 13 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 7/13/2021 | 7544 | C, U, D | True lease - 2022 F650 VIN x2010 | No | $    52,379.29 |
| 14 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 5/4/2021 | 0292 | C, U, D | True lease - 2021 F750 VIN x9005 | No | $    49,976.33 |
| 15 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 7/23/2021 | 3851 | C, U, D | True lease - 2022 F650 VIN x1802 | No | $    55,678.72 |

**Horsey Denison Landscaping, LLC**
**Case # 25-14103-LSS**
**Schedules E/F**
**Part 2: Nonpriority unsecured creditors**

| Line | Creditor's name | Creditor's mailing address | Date debt was incurred | Last 4 digits of account number | The claim is: (C) - Contingent (U) - Unliquidated (D) - Disputed | Basis for the claim | Is the claim subject to offset? | Amount of claim |
|---|---|---|---|---|---|---|---|---|
| 16 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 8/13/2021 | 6646 | C, U, D | True lease - 2022 F750 VIN x1626 | No | $ 54,145.35 |
| 17 | LINCOLN AUTOMOTIVE FINANCIAL SERVICES | C/O AIS PORTFOLIO SERVICES, LLC 4515 N. SANTA FE AVE. DEPT APS OKLAHOMA CITY, OK 73118 | 7/13/2021 | 7643 | C, U, D | True lease - 2022 F650 VIN x1801 | No | $ 55,678.72 |
| 18 | RENARD LAKES HOLDINGS, LLC | KEVIN ELDEN 1906 TOWNE CENTER BLVD., STE 275 ANNAPOLIS, MD 21401 | 7/13/2024 - 8/17/2024 | | C, U, D | Use of facility/materials | No | $ 12,494.37 |
| 19 | SITEONE LANDSCAPE SUPPLY, LLC | C/O NCS 729 MINER ROAD HIGHLAND HEIGHTS, OH 44143 | 12/7/2022 - 8/31/2024 | 5278 | C, U, D | Goods sold and/or services performed | No | $ 1,688,615.10 |
| 20 | SMECO | PO BOX 1937 HUGHESVILLE, MD 20637 | 1/1/2025 - 5/6/2025 | 2506 | C, U, D | debtor was supplied electricity | No | $ 29,619.22 |
| 21 | SUNBELT RENTALS, INC. | 1275 W. MOUND ST. COLUMBUS, OH 43223 | 10/19/2023 - 4/9/2024 | 2062 | C, U, D | Equipment rentals | No | $ 72,744.75 |
| 22 | WARRIOR FORK NURSERY, INC. | 3890 SIMPSON CREEK AVENUE MORGANTON, NC 28655 | 3/21/2023 - 12/31/2024 | n/a | C, U, D | Goods sold | No | $ 51,444.47 |
| Total | | | | | | | | $ 7,539,193.52 |

**Notes:**
To the extent that a creditor has filed multiple claims and/or incorrectly asserted a claim(s) against an improper debtor or affiliate, the debtor reserves the right to object and reconcile claims to the proper entity.

**Fill in this information to identify the case:**

Debtor name **Horsey Denison Landscaping LLC**

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) **25-14103-LSS**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease for properties as listed on Schedules A/B used by Denison Landscaping, Inc. and Denison Farms, LLC** |
| State the term remaining | **ending September 30, 2025** |
| List the contract number of any government contract | **Donna Denison and Bull Run Family LLC**<br>**9530 Covenant Court**<br>**Owings, MD 20736** |

**Fill in this information to identify the case:**

Debtor name    **Horsey Denison Landscaping LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    **25-14103-LSS**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **David W. Horsey** | **8911 Oxon Hill Road**<br>**Fort Washington, MD 20744** | **Donna Denison and Bull Run Family LLC** | ■ D _____<br>■ E/F _____<br>■ G _____ |
| 2.2 | **David W. Horsey** | **8911 Oxon Hill Road**<br>**Fort Washington, MD 20744** | **Donna Denison** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **David W. Horsey** | **8911 Oxon Hill Road**<br>**Fort Washington, MD 20744** | **First National Bank of Pennsylvania** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Denison Farms, LLC** | **8911 Oxon Hill Road**<br>**Fort Washington, MD 20744** | **First National Bank of Pennsylvania** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Denison Farms, LLC** | **8911 Oxon Hill Road**<br>**Fort Washington, MD 20744** | **Donna Denison** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Horsey Denison Landscaping LLC**                         Case number *(if known)*   **25-14103-LSS**

---

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Denison Landscaping & Nursery, Inc.** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **First National Bank of Pennsylvania** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Denison Landscaping & Nursery, Inc.** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **Donna Denison** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Denison Landscaping, Inc.** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **First National Bank of Pennsylvania** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Denison Landscaping, Inc.** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **Donna Denison** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Horsey Denison Properties, LLC** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **Donna Denison** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Horsey Denison Properties, LLC** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **First National Bank of Pennsylvania** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Robert E. Horsey** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **Donna Denison and Bull Run Family LLC** | ■ D _____<br>■ E/F _____<br>■ G _____ |
| 2.13 | **Robert E. Horsey** | 8911 Oxon Hill Road<br>Fort Washington, MD 20744 | **Donna Denison** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Horsey Denison Landscaping LLC** | Case number *(if known)* | **25-14103-LSS** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

2.14  **Robert E. Horsey**    **8911 Oxon Hill Road**
**Fort Washington, MD 20744**

**First National Bank of Pennsylvania**

■ D    **2.2**
☐ E/F _____
☐ G _____

**Fill in this information to identify the case:**

Debtor name   **Horsey Denison Landscaping LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   **25-14103-LSS**

☐ Check if this is an amended filing

Official Form 202

# Declaration under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 25, 2025**          X /s/ Robert E. Horsey      *Robert E Horsey*
                                          Signature of individual signing on behalf of debtor

                                          **Robert E. Horsey**
                                          Printed name

                                          **Co-Managing Member**
                                          Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | |
| HORSEY DENISON LANDSCAPING LLC | * | Case No: 25-14103-LSS |
| | | (Chapter 11) |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of June 2025, notice of filing the Debtor's Statement of Financial Affairs and the Debtor's Schedules A-H (together, the "SOFA and Schedules") was served by CM/ECF to those parties listed on the docket as being entitled to such electronic notices, which parties are identified on the attached service list; and copies of the SOFA and Schedules were sent by electronic mail to the parties so identified on the attached service list.

                                          /s/ Paul Sweeney
Paul Sweeney, 07072
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401
(443) 569-5972
psweeney@yvslaw.com

Counsel for Debtors

**The following parties received a
copy of the filing by electronic mail:**

C. Andrew Barnes, Esquire
(anbarnes@whitefordlaw.com)
Counsel for Royal Sod Farms, LLC
Whiteford, Taylor & Preston LLP
7 Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1636

Zachary J. A. Coon, Esquire
(zjac@cooncolelaw.com)
Counsel for Chief Mountain Farms, LLC
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland 21093

Anthony Kikendall, Esquire
(kikendalla@whiteandwilliams.com)
Counsel for Lexington National
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland 21204

Keith M. Lusby, Esquire
(klusby@gebsmith.com)
Counsel for First National Bank
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Alexandra M. Oyston, Esquire
(aoyston@g-e-law.com)
Counsel for Renard Lakes LLC.
Gallagher Elden Law
1906 Towne Center Blvd. Suite 275
Annapolis, MD 21401

Marc E. Shach, Esquire
(mes@cooncolelaw.com)
Counsel for Chief Mountain Farms, LLC
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland 21093

Paul Sweeney, Esquire
(psweeney@yvslaw.com)
Counsel for Debtors
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland 21401

Benjamin J. Campbell, Esquire
(ben@contifenn.com/luca@contifenn.com)
Counsel for Donna Denison
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201

Paul A. Fenn, Esquire
(paul@contifenn.com)
Counsel for Donna Denison
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201

Eric G. Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Lexington National
White and Williams LLP
600 Washington Avenue, Suite 303
Towson, Maryland 21204

Stephen J. Malkiewicz, Esquire
(stephen.malkiewicz@cintas.com)
Counsel for Cintas Corporation
6800 Cintas Boulevard
Mason, Ohio 45040

Rebekah F. Paradis, Esquire
(rparadis@shulmanrogers.com)
Counsel for Delaware Quarries, Inc.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland 20854

Joel I. Sher, Esquire
(jis@shapirosher.com)
Counsel for Donna Denison
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, Maryland 21201

AIS Portfolio Services, LLC
(ECFNotices@aisinfo.com)
Attn: Ford Motor Credit Company Dept.
Account: XXXX3851
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Jill D. Caravaggio, Esquire
(jill@jill-lawoffice.net)
Counsel for SiteOne Landscape Supply
Law Office of Jill D. Caravaggio, LLC
5100 Buckeystown Pike, Suite 250
Frederick, Maqryland 21704

David V. Fontana, Esquire
(dfont@gebsmith.com)
Counsel for First National Bank
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland 21202

Michael J. Lichtenstein, Esquire
(mjl@shulmanrogers.com)
Counsel for LinkBank
Shulman Rogers
12505 Park Potomac Avenue
Potomac, Maryland 20854

Garry Masterson, Esquire
(gmasterson@weltman.com)
Counsel for Imperial Industrial Park, LLC
Weltman, Weinberg & Reis Co. LPA
5990 West Creek Road, Suite 200
Independence, Ohio 44131

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland 20770

Aryeh E. Stein, Esquire
(astein@meridianlawfirm.com)
Counsel for Robinson Nursery
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, Maryland 21208

**The following parties received
CM/ECF notice of the filing:**

C. Andrew Barnes, Esquire
(anbarnes@whitefordlaw.com)
Counsel for Royal Sod Farms, LLC
Whiteford, Taylor & Preston LLP
7 Saint Paul Street, Suite 1500
Baltimore, Maryland 21202-1636

Jill D. Caravaggio, Esquire
(jill@jill-lawoffice.net)
Counsel for SiteOne Landscape Supply
Law Office of Jill D. Caravaggio, LLC
5100 Buckeystown Pike, Suite 250
Frederick, Maqryland 21704

Paul A. Fenn, Esquire
(paul@contifenn.com)
Counsel for Donna Denison
Conti Fenn & Lawrence LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201

David V. Fontana, Esquire
(dfont@gebsmith.com)
Counsel for First National Bank
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202

Jonathan A. Grasso, Esquire
(jgrasso@yvslaw.com)
Counsel for Debtors
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

Nicole C. Kenworthy, Esquire
(bdept@mrrlaw.net)
Counsel for Prince George's County
Meyers , Rodbell & Rosenbaum , P.A.
6801 Kenilworth Avenue, Suite 400
Riverdale , Maryland  20737-1385

Anthony Kikendall, Esquire
(kikendalla@whiteandwilliams.com)
Counsel for Lexington National
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Eric G. Korphage, Esquire
(korphagee@whiteandwilliams.com)
Counsel for Lexington National
White and Williams, LLP
600 Washington Avenue, Suite 303
Towson, Maryland  21204

Keith M. Lusby, Esquire
(klusby@gebsmith.com)
Counsel for First National Bank
Gebhardt & Smith LLP
One South Street, Suite 2200
Baltimore, Maryland  21202

Garry Masterson, Esquire
(gmasterson@weltman.com)
Counsel for Imperial Industrial Park, LLC
Weltman, Weinberg & Reis Co. LPA
5990 West Creek Road, Suite 200
Independence, Ohio  44131

Alexandra M. Oyston, Esquire
(aoyston@g-e-law.com)
Counsel for Renard Lakes LLC.
Gallagher Elden Law
1906 Towne Center Blvd. Suite 275
Annapolis, MD 21401

Rebekah F. Paradis, Esquire
(rparadis@shulmanrogers.com)
Counsel for Delaware Quarries, Inc.
Shulman Rogers, P.A.
12505 Park Potomac Avenue, Sixth Floor
Potomac, Maryland  20854

L. Jeanette Rice, Esquire
(jeanette.rice@usdoj.gov)
Office of the U.S. Trustee
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770

Marc E. Shach, Esquire
(mes@cooncolelaw.com)
Counsel for Chief Mountain Farms, LLC
Coon & Cole, LLC
1301 York Road, Suite 400
Lutherville, Maryland  21093

Joel I. Sher, Esquire
(jis@shapirosher.com)
Counsel for Donna Denison
Shapiro Sher Guinot & Sandler
250 West Pratt Street, Suite 2000
Baltimore, Maryland  21201

Aryeh E. Stein, Esquire
(astein@meridianlawfirm.com)
Counsel for Robinson Nursery
Meridian Law, LLC
1212 Reisterstown Road
Baltimore, Maryland  21208

Paul Sweeney, Esquire
(psweeney@yvslaw.com)
Counsel for Debtors
YVS Law, LLC
185 Admiral Cochrane Drive, Suite 130
Annapolis, Maryland  21401

US Trustee – Greenbelt
(ustpregion04.gb.ecf@usdoj.gov)
6305 Ivy Lane, Suite 600
Greenbelt, Maryland  20770